# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JUAN CARLOS<br>BELGARA-MENDOZA (1)<br><br>            Defendant. | Case No.   13CR0559-L<br><br>**ORDER AND JUDGMENT OF DISMISSAL OF INFORMATION** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the information in Case No. 13CR0559-L against Defendant JUAN CARLOS BELGARA-MENDOZA be dismissed without prejudice. IT IS SO ORDERED.

DATED: 3-6-13

_____
**BERNARD G. SKOMAL**
**UNITED STATES MAGISTRATE JUDGE**